CARL J. HERB *v.* LIQUOR CONTROL COMMISSION OF THE STATE OF CONNECTICUT

The defendant's motion to dismiss the plaintiff's appeal from the Superior Court in the judicial district of Waterbury is granted, the appeal having been taken from that court's denial of his request for a temporary injunction, which is not a final judgment.

*Richard M. Sheridan,* assistant attorney general, for the appellee (defendant).

*John C. Kucej,* for the appellant (plaintiff).

Argued May 4—decided May 4, 1976

STATE OF CONNECTICUT *v.* JOHN G. KOHLER

Although it appears that the defendant is represented by counsel, the motion for review of the denial by the Superior Court in New Haven County of his "Motion for Discharge of Case" has been filed pro se. That motion for review is granted, but the relief sought therein is denied.

*John G. Kohler,* pro se, on the motion.

Submitted April 8—decided May 4, 1976

STATE OF CONNECTICUT *v.* LINDSAY B. JOHNSON

Although it appears that the defendant is represented by counsel, the motion for review of the denial by the Superior Court in New Haven County of his "Motion for Discharge of Case" has been filed pro se. That motion for review is granted, but the relief sought therein is denied.

*Lindsay B. Johnson,* pro se, on the motion.

Submitted April 8—decided May 4, 1976